**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | )  IN CHAPTER 7 PROCEEDINGS |
| | ) |
| MALIAKA RAQUEL JACKSON, | )  BK  13-31496 |
| | ) |
| Debtors. | ) |

**MOTION TO COMPEL TURNOVER BY DEBTOR**

Comes now Donald M. Samson, trustee, by his attorney, and files this Motion to Compel

Turnover by Debtor and in support thereof shows as follows:

1.  That debtor is in possession of the following described personal property:

   a) Household goods valued at $800.00
   b) Bank account in the amount of $1,400.00
   c) 1999 Toyota Corolla valued at $1,800.00
   d) 61.64% of 2013 federal and state tax refunds

2.  That there is substantial equity over and above the liens and exemptions in said personal

property.

3.  That the trustee has demanded turnover of possession of said personal property.

4.  That debtor has failed and refused to agree to pay to the trustee the estate's equity in said

personal property and has failed and refused to turnover possession of said personal property to the

trustee.

5.  That said personal property is in the possession of debtor and would constitute property of the

estate in possession of the debtor subject to turnover to the trustee pursuant to 11 USC Sect. 701.

WHEREFORE, Donald M. Samson, trustee, prays that debtor be ordered to turnover to Donald

M. Samson, trustee, possession of the personal property described herein and for such further relief as this

court deems just and equitable.

DATE:  3/6/14

/s/ Donald M. Samson_____
DONALD M. SAMSON, Attorney for Trustee
226 W. Main St., Ste., 102
Belleville, IL  62220
618-235-2226

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 6th day of March, 2014, a copy of the foregoing document, Motion to Compel Turnover, was served upon the following electronically or by first class mail:

Ms. Maliaka Raquel Jackson
209 San Mateo Dr.
Belleville, IL  62221

U.S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

/s/ Barbara Beck_____